# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Kumar Ashwanee

**Plaintiff,**

**V.**

Jeremy Casey, Warden; Markwayne Mullin; Todd Blanche; Todd M. Lyons; Jesus Rocha

**Defendant.**

**Civil Action No.** 26-cv-3725-LL-AHG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Petitioner's Motion for Reconsideration and GRANTS Petitioner's Amended Petition. The Court ORDERS that Petitioner be released immediately from detention, under appropriate conditions of supervision. This case is hereby closed.

**Date:** 11/2/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy